## RECONSIDERATION DOCKET

**91–1266.** In re Application of Keita. Reported at 74 Ohio St.3d 46, 656 N.E.2d 620. On motion for reconsideration. Motion denied.

WRIGHT, J., not participating.

**95–1760.** Wayne Mut. Ins. Co. v. Burdge. *Stark County,* No. 95CA0011. Reported at 74 Ohio St.3d 1477, 657 N.E.2d 785. On motion for reconsideration. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**95–1773.** Carrel v. Allied Products Corp. *Marion County,* No. 9–94–24. Reported at 74 Ohio St.3d 1475, 657 N.E.2d 783. On motion for reconsideration. Motion granted and discretionary appeal allowed.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–1809.** Moore v. Volvo–GM Heavy Trucks, Inc. *Summit County,* No. 16905. Reported at 74 Ohio St.3d 1476, 657 N.E.2d 783. On motion for reconsideration. Motion granted and discretionary appeal allowed.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–2154.** State ex rel. Higginbotham v. Lorain Cty. Court of Common Pleas. Reported at 74 Ohio St.3d 1475, 657 N.E.2d 782. On motion for reconsideration. Motion denied.

**95–2341.** State v. Wilson. *Hamilton County,* No. C–950038. Reported at 74 Ohio St.3d 1490, 658 N.E.2d 787. On motion for reconsideration. Motion granted and discretionary appeal allowed.

RESNICK and PFEIFER, JJ., dissent.